# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5326**  September Term, 2025

1:25-cv-02903-JMC

Filed On: September 11, 2025 [2134407]

Lisa D. Cook, in her official capacity as a member of the Board of Governors of the Federal Reserve System and her personal capacity,

      Appellee

      v.

Donald J. Trump, in his official capacity as President of the United States, et al.,

      Appellants

## O R D E R

The notice of appeal was filed on September 10, 2025, and docketed in this court on September 11, 2025. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | October 14, 2025 |
| Docketing Statement Form | October 14, 2025 |
| Entry of Appearance Form (Attorneys Only) | October 14, 2025 |
| Procedural Motions, if any | October 14, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | October 14, 2025 |
| Statement of Issues to be Raised | October 14, 2025 |
| Transcript Status Report | October 14, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | October 14, 2025 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5326**  **September Term, 2025**

| | |
|---|---|
| Dispositive Motions, if any | October 27, 2025 |

It is

    **FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | October 14, 2025 |
| Entry of Appearance Form (Attorneys Only) | October 14, 2025 |
| Procedural Motions, if any | October 14, 2025 |
| Dispositive Motions, if any | October 27, 2025 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                        **FOR THE COURT:**
                          Clifton B. Cislak, Clerk

                BY:    /s/
                          Elbert B.J. Lestrade
                          Deputy Clerk

The following forms and notices are available on the Court's website:

    Civil Docketing Statement Form
    Entry of Appearance Form
    Transcript Status Report Form

# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5326**                                          **September Term, 2025**

[Request to Enter Appellate Mediation Program (Optional)](#)
[Notice Concerning Expedition of Appeals and Petitions for Review](#)
[Stipulation to be Placed in Stand-By Pool of Cases (Optional)](#)