# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Lisa D. Cook

v.

Donald J. Trump, et al.

**Case No:** 25-5326

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as  ☐ Retained  ☐ Pro Bono  ☐ Appointed (CJA/FPD)  ☉ Gov't counsel

for the  ☉ Appellant(s)/Petitioner(s)  ☐ Appellee(s)/Respondent(s)  ☐ Intervenor(s)  ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Donald J. Trump

Board of Governors of the Federal Reserve System

Jerome H. Powell

### Counsel Information

Lead Counsel: Daniel Aguilar

Direct Phone: (202) 514-5432  Fax: (   )    -     Email: daniel.j.aguilar@usdoj.gov

2nd Counsel: Laura E. Myron

Direct Phone: (202) 514-4819  Fax: (   )    -     Email: laura.e.myron@usdoj.gov

3rd Counsel: Michael S. Raab

Direct Phone: (202) 514-4053  Fax: (   )    -     Email: michael.raab@usdoj.gov

Firm Name: U.S. Department of Justice

Firm Address: 950 Pennsylvania Ave NW, Washington DC 20530

Firm Phone: (202) 305-1754  Fax: (   )    -     Email: civilappellate.ecf@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)