**ORAL ARGUMENT NOT YET SCHEDULED**

**No. 25-5326**

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**LISA D. COOK, in her official capacity as a member of the Board of Governors of the Federal Reserve System and her personal capacity,** *Plaintiff-Appellee,*

**v.**

**DONALD J. TRUMP, in his official capacity as President of the United States; BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, both collectively and in their individual official capacities; JEROME H. POWELL, in his official capacity as Chair of the Board of Governors of the Federal Reserve System,** *Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Columbia

**MOTION FOR LEAVE TO FILE BRIEF FOR *AMICUS CURIAE* SEPARATION OF POWERS CLINIC IN SUPPORT OF DEFENDANTS-APPELLANTS' EMERGENCY MOTION FOR A STAY PENDING APPEAL**

R. TRENT MCCOTTER
  *Counsel of Record*
BOYDEN GRAY PLLC
800 Connecticut Ave. NW
Suite 900
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com
*Counsel for Amicus Curiae*

**MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

The Separation of Powers Clinic seeks leave to file a brief as *amicus curiae* in support of Defendants-Appellants' emergency motion for a stay. Defendants-Appellants consent to this motion. Three times on September 11, 2025, undersigned sought the position of Plaintiff-Appellee but has not heard back; given the time sensitivity of this case, the motion is being filed now.

The Clinic is housed within the Separation of Powers Institute at The Catholic University of America's Columbus School of Law. The Institute and Clinic were established for the purpose of studying, researching, and raising awareness of the proper application of the U.S. Constitution's separation of powers constraints on the exercise of federal government power. The Clinic provides students an opportunity to discuss, research, and write about separation of powers issues in ongoing litigation.

The Clinic previously was housed at Scalia Law School for several years and has submitted over 50 briefs over the years in cases implicating separation of powers, including cases involving the proper interpretation of removal protections for executive officials, which is the core issue in

this case.

The Clinic's sole interest in this case is ensuring the orderly development of the law, in accordance with separation-of-powers principles, an area of particular expertise to those who run the Clinic.

## CONCLUSION

The Court should grant leave to file the attached *amicus curiae* brief.

September 11, 2025

Respectfully submitted,

/s/ R. Trent McCotter
R. TRENT MCCOTTER
  *Counsel of Record*
BOYDEN GRAY PLLC
800 Connecticut Ave. NW
Suite 900
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com

*Counsel for Amicus Curiae*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27 because it contains 206 words, excluding the exempted portions. This motion complies with the typeface and type style requirements of Federal Rules Appellate Procedure 32(a)(5)–(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook and 14-point font.

*/s/ R. Trent McCotter*
R. Trent McCotter

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system, which will serve all parties automatically.

*/s/ R. Trent McCotter*
R. Trent McCotter