# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Lisa D. Cook

**v.**

Donald J. Trump et al.

**Case No:** 25-5326

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ◉ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Board of Governors of the Fed. Reserve Sys.

Jerome H. Powell

### Counsel Information

**Lead Counsel:** Joshua P. Chadwick

**Direct Phone:** ( 202 ) 263-4835  **Fax:** ( ___ ) _____ -  **Email:** joshua.p.chadwick@frb.gov

**2nd Counsel:**

**Direct Phone:** ( ___ ) ____-____  **Fax:** ( ___ ) _____ -  **Email:**

**3rd Counsel:**

**Direct Phone:** ( ___ ) ____-____  **Fax:** ( ___ ) _____ -  **Email:**

**Firm Name:** Board of Governors of the Federal Reserve System

**Firm Address:** 20th Street and Constitution Avenue, NW, Washington DC 20551

**Firm Phone:** ( 202 ) 263-4835  **Fax:** ( 202 ) 452-3819  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)