ORAL ARGUMENT NOT YET SCHEDULED

No. 25-5326

_____

# In the United States Court of Appeals for the District of Columbia Circuit

_____

LISA D. COOK,
in her official capacity as a member of the Board of Governors of the Federal Reserve System and her personal capacity,
*Plaintiff-Appellee,*

v.

DONALD J. TRUMP,
in his official capacity as President of the United States, *et al.*,
*Defendants-Appellants.*

_____

On Appeal from the United States District Court for the District of Columbia, No. 1:25-cv-02903 (Hon. Jia M. Cobb)

_____

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* AZORIA CAPITAL, INC. AND JAMES T. FISHBACK IN SUPPORT OF DEFENDANT-APPELLANT DONALD J. TRUMP'S MOTION FOR STAY PENDING APPEAL**

_____

Anne Marie Mackin
Lex Politica PLLC
#129 7415 SW Parkway
Building 6, Suite 500
Austin, TX 78735
(512) 354-1785
amackin@lexpolitica.com
*Counsel for Amici Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, I, the undersigned, counsel for *amici curiae* make the following disclosures:

1. Azoria Capital, Inc., is a privately held corporation with no parent corporation and no publicly held corporation that owns 10% or more of its stock.

2. James T. Fishback is an individual and thus has no such disclosures.

Date: September 15, 2025                /s/ *Anne Marie Mackin*
Anne Marie Mackin
LEX POLITICA PLLC
#129 7415 SW Parkway
Building 6, Suite 500
Austin, TX 78735
(512) 354-1785
amackin@lexpolitica.com

*Counsel of Record for Azoria Capital, Inc. and James T. Fishback*

1

## MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), Azoria Capital, Inc. and its Chief Executive Officer James T. Fishback ("Movants") respectfully request leave to file an *amici curiae* brief supporting Defendant-Appellant President Donald J. Trump in the above-captioned appeal.

Azoria Capital, Inc. ("Azoria") is an American institutional investment firm that manages investments including U.S. Treasury securities and interest rate derivatives. Azoria's business operations are directly and materially affected not only by decisions of the Federal Reserve Board of Governors ("Board"), but also by the Board's integrity—both actual and perceived. This is critical to market stability and, as such, to Movants' business. Accordingly, Movants have an interest in the President's ability to remove members of the Board based on credible information indicating misconduct, particularly where such misconduct implicates mortgages, a segment of the American economy over which the Board exerts tremendous influence.

No party is a member of the regulated financial community or an active institutional participant in capital markets. As such, the parties'

2

arguments are unlikely to address the specific concerns of such investors (including Azoria and Mr. Fishback), whose businesses are directly impacted by the Board's actual and perceived integrity, independence, and credibility.

Moreover, below, Plaintiff raised concerns about the potential impact of her removal on financial market stability and the credibility of the Board. *See, e.g.*, Compl. (Doc. 1) ¶ 10, *Cook v. Trump*, No. 1:25-cv-02903-JMC (D.D.C., filed Aug. 28, 2025). As active institutional investors, Azoria and its CEO offer a practical perspective on those claims. The Court would benefit from hearing directly from Movants because they can speak to these impacts from the perspective of market participants.

The attached proposed amicus brief is short and focused. Movants do not seek to delay proceedings, but rather to provide the Court with a concise viewpoint that may otherwise be absent from the consideration of this appeal.

Pursuant to Circuit Rule 29(d), Movants certify that they were unaware of any other *amicus curiae* that intended to file a brief in support of Appellant Trump until the brief filed by Separation of Powers

3

(Page 4 of Total)

Clinic was docketed. Given the short briefing timeline, the brevity of the attached proposed brief, and the fact that the attached brief raises different issues from the Separation of Powers Clinic's submission, Movants respectfully request leave to file the attached brief.

Through their counsel, Movants have informed the parties of their intent to file this motion and the accompanying brief. As of this filing, counsel for Defendants-Appellants have stated that they do not oppose timely filed *amicus* briefs. Counsel for Plaintiff-Appellee has not responded to Movant's inquiry requesting Plaintiff's-Appellee's position on this motion.

Movants respectfully ask the Court to grant leave to file the attached brief and direct the Clerk to accept the proposed brief for filing.

Respectfully submitted,

*/s/ Anne Marie Mackin*
Anne Marie Mackin
LEX POLITICA PLLC
#129 7415 SW Parkway
Building 6, Suite 500
Austin, TX 78735
(512) 354-1785
amackin@lexpolitica.com

*Counsel of Record for Azoria Capital, Inc. and James T. Fishback*

4

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27 because it contains 460 words, excluding the portions exempt under Federal Rule of Appellate Procedure 32(f) and Circuit Rule 32(e)(1). This motion complies with the typeface and type style requirements of Federal Rules Appellate Procedure 32(a)(5)–(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook 14-point font.

*/s/ Anne Marie Mackin*
Anne Marie Mackin

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court of the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. Service on all participants in the case will be accomplished by the CM/ECF system.

*/s/ Anne Marie Mackin*
Anne Marie Mackin

5