# United States Court of Appeals
**For The District of Columbia Circuit**

_____

**No. 25-5326**                                                  **September Term, 2025**

1:25-cv-02903-JMC

**Filed On:** September 19, 2025

Lisa D. Cook, in her official capacity as a member of the Board of Governors of the Federal Reserve System and her personal capacity,

         Appellee

         v.

Donald J. Trump, in his official capacity as President of the United States, et al.,

         Appellants

## O R D E R

Upon consideration of the motion for leave to participate as amicus curiae filed by the State of Florida, *et al.* on September 15, 2025, and the lodged amicus brief in support of appellants' emergency motion for stay pending appeal and administrative stay, it is

**ORDERED** that the motion be dismissed as moot. The emergency motion for stay and administrative stay was decided by order filed September 15, 2025.

                                                          **FOR THE COURT:**
                                                          Clifton B. Cislak, Clerk

                              BY:      /s/
                                                           Selena R. Gancasz
                                                          Deputy Clerk