# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Lisa Cook

v.

Donald Trump et. al.

**Case No:** 25-5326

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Lisa Cook

### Counsel Information

**Lead Counsel:** Abbe David Lowell

Direct Phone: (202) 964-6110  Fax: (202) 964-6116  Email: ALowellpublicoutreach@lowellandassoc

**2nd Counsel:** Norman L. Eisen

Direct Phone: (202) 601-8678  Fax: (208) 493-4209  Email: norman@democracydefenders.org

**3rd Counsel:** Tianna J. Mays

Direct Phone: (202) 601-8678  Fax: (208) 493-4209  Email: tianna@democracydefenders.org

**Firm Name:** DEMOCRACY DEFENDERS FUND

**Firm Address:** 600 Pennsylvania Avenue SE #15180 Washington, DC 20003

**Firm Phone:** (202) 601-8678  Fax: (208) 493-4209  Email: info@democracydefenders.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

[Save] [Reset Form] [Print Form]