IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Lisa D. Cook, in her official capacity as a
   member of the Board of Governors of
   the Federal Reserve System and her
   personal capacity,

           Plaintiff-Appellee,

v.

Donald J. Trump, in his official capacity
   as President of the United States,
   *et al.*,

           Defendants-Appellants.

No. 25-5326

**CERTIFICATE AS TO PARTIES, RULINGS,
AND RELATED CASES**

Defendants-Appellants certify the following information regarding

the parties, rulings, and related cases in this appeal.  D.C. Cir. R. 28(a)(1).

**A.     Parties and Amici**

Plaintiff is Lisa D. Cook, in her official capacity as a member of the

Board of Governors of the Federal Reserve System and her personal

capacity.  Defendants are Donald J. Trump, in his official capacity as

President of the United States of America; the Board of Governors of the

Federal Reserve System both collectively and in their individual official

capacities; and Jerome H. Powell, in his official capacity as Chair of the Board of Governors of the Federal Reserve System.

Azoria Capital, Inc., James T. Fishback, the Separation of Powers Clinic at the Catholic University of America, the States of Florida, Alabama, Alaska, Arkansas, Georgia, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, Oklahoma, South Carolina, South Dakota, Tennessee, Texas, West Virginia, and the Arizona Legislature have appeared as amici curiae. K.L. Smith, Jason Goodman, Martin Akerman, and William Michael Cunningham filed pro se motions to appear as amici curiae in district court. There have been no intervenors.

## B. Ruling Under Review

The ruling under review is an order granting a preliminary injunction (Dkt. 28) and opinion (Dkt. 27) that the district court (Judge Jia M. Cobb) issued on September 9, 2025.

## C. Related Cases

This case has not previously been before this Court.

*Wilcox v. Trump*, No. 25-5057 (D.C. Cir.); *Harris v. Bessent*, No. 25-5055 (D.C. Cir.); *Grundmann v. Trump*, No. 25-5165 (D.C. Cir.); *Slaughter v. Trump*, No. 25-5261 (D.C. Cir.), and *Boyle v. Trump*, No. 25-1687 (4th

Cir.), involve challenges to the President's removal of principal officers from multimember agencies with statutory removal restrictions.

Respectfully submitted,

 /s/ Daniel Aguilar
DANIEL AGUILAR
(202) 514-5432
Attorney, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC  20530

OCTOBER 2025