# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 25-5326
2. DATE DOCKETED: 09-11-2025
3. CASE NAME (lead parties only) Cook v. Trump
4. TYPE OF CASE: ☒ District Ct - ◉ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court  ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ◉ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.      Bankruptcy Court Docket No.      Tax Court Docket No.
      Civil Action 25-2903            Bankruptcy                        Tax
      Criminal                        Adversary
      Miscellaneous                   Ancillary
   b. Review is sought of:
      ☒ Final Order  ☐ Interlocutory Order appealable as of right  ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Jia M. Cobb                              Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 09-09-2025    e. Date notice of appeal filed: 09-10-2025
   f. Has any other notice of appeal been filed in this case? ○ Yes ◉ No   If YES, date filed:
   g. Are any motions currently pending in trial court? ○ Yes ◉ No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ◉ Yes ○ No
      If NO, why not?
   i. Has this case been before the Court under another appeal number? ○ Yes  Appeal #           ◉ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ◉ Yes  ○ No  If YES, give each case's court and case name, and docket number:
      See attached list
   k. Does this case turn on validity or correct interpretation or application of a statute? ◉ Yes ○ No
      If YES, give popular name and citation of statute 12 U.S.C. 242
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ◉ No  If so, provide program name and participation dates

Signature /s/ Daniel Aguilar            Date 10-14-2025
Name of Party Defendants-Appellants Donald J. Trump
Name of Counsel for Appellant/Petitioner Daniel Aguilar
Address 950 Pennsylvania Avenue NW, Washington DC 20530
Phone ( 202 ) 514-5432      Fax (   )    -

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

**J.** Cases involving the same order:

*Trump v. Cook*, No. 25A312 (U.S.).

Cases involving substantially the same issue:

*Trump v. Slaughter*, No. 25-332 (U.S.);

*Slaughter v. Trump*, No. 25-5261 (D.C. Cir.);

*Wilcox v. Trump*, No. 25-5057 (D.C. Cir.);

*Harris v. Bessent*, No. 25-5055 (D.C. Cir.);

*Grundmann v. Trump*, No. 25-5165 (D.C. Cir.);

*Boyle v. Trump*, No. 25-1687 (4th Cir.).