[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Lisa D. Cook, in her official capacity as a
member of the Board of Governors of
the Federal Reserve System and her
personal capacity,

       Plaintiff-Appellee,

v.

Donald J. Trump, in his official capacity
as President of the United States,
*et al.*,

       Defendants-Appellants.

No. 25-5326

**STATEMENT OF INTENT
CONCERNING DEFERRED JOINT APPENDIX**

Defendants-Appellants do not intend to use a deferred appendix.

Respectfully submitted,

 */s/ Daniel Aguilar*
DANIEL AGUILAR
(202) 514-5432
Attorney, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC  20530

OCTOBER 2025