[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

Lisa D. Cook, in her official capacity as a member of the Board of Governors of the Federal Reserve System and her personal capacity,

    Plaintiff-Appellee,

v.

Donald J. Trump, in his official capacity as President of the United States, *et al.*,

    Defendants-Appellants.

No. 25-5326

---

## STATEMENT OF ISSUES

This case concerns a challenge to the President's removal of plaintiff from her position as member of the Board of Governors of the Federal Reserve System. Defendants-Appellants intend to raise the following issues:

    1. Whether the Cook was lawfully removed under 12 U.S.C. § 242.

    2. Whether the district court had authority to reinstate Cook to her position.

Respectfully submitted,

*/s/ Daniel Aguilar*
DANIEL AGUILAR
(202) 514-5432
Attorney, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

OCTOBER 2025