# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5326**　　　　　　　　　　　　　　**September Term, 2025**

**1:25-cv-02903-JMC**

**Filed On:**  October 31, 2025

Lisa D. Cook, in her official capacity as a member of the Board of Governors of the Federal Reserve System and her personal capacity,

　　　　Appellee

　　v.

Donald J. Trump, in his official capacity as President of the United States, et al.,

　　　　Appellants

## O R D E R

　　Upon consideration of the United States Supreme Court's proceedings in <u>Trump v. Cook</u>, No. 25A312, it is

　　**ORDERED**, on the court's own motion, that the parties file motions to govern future proceedings in this case within 10 days of the date of this order.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　Selena R. Gancasz
　　　　　　　　　　　　　　　　　　Deputy Clerk