# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LISA D. COOK,<br><br>    *Plaintiff-Appellee*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    *Defendants-Appellants*. | Case No. 25-5326 |

**JOINT RESPONSE TO COURT'S OCTOBER 31, 2025 ORDER**

The parties respectfully submit this joint response to this Court's October 31, 2025 Order (Doc. No. 2143365) directing the parties to file motions to govern future proceedings in this case within 10 days of the Court's Order. Plaintiff-Appellee Lisa D. Cook ("Appellee") and Defendant-Appellant Donald J. Trump ("Appellant"), after conferring, respectfully request that additional proceedings in this Court await the United States Supreme Court's ruling on Appellant's application to stay the preliminary injunction issued by the U.S. District Court for the District of Columbia pending appeal to this Court, which is deferred pending oral argument in the Supreme Court in January 2026. *See Donald J. Trump v. Lisa D. Cook*, No. 25A312 (Order, Oct. 1, 2025). The parties will submit any additional filing or explanation should the Court desire.

Dated: November 6, 2025

/s/ Abbe David Lowell
Abbe David Lowell
David A. Kolansky*
Isabella M. Oishi
Schuyler Standley*
Jack Bolen*
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com
SStandley@lowellandassociates.com
JBolen@lowellandassociates.com

Norman L. Eisen
Tianna J. Mays
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
T: (202) 601-8678
norman@democracydefenders.org
tianna@democracydefenders.org

*Counsel for Governor Lisa D. Cook*

*\* Application for admission or admission pro hac vice forthcoming.*

/s/ Joshua P. Chadwick
Joshua P. Chadwick, Assistant General Counsel
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, NW
Washington, DC 20551
joshua.p.chadwick@frb.gov
Phone: (202) 263-4835
Fax: (202) 452-3819

*Counsel for Board of Governors of the Federal Reserve System*

Respectfully submitted,

/s/ Daniel J. Aguilar
Daniel J. Aguilar
Mark R. Freeman
Michael S. Raab
Laura E. Myron
*Attorneys, Appellate Staff*
*Civil Division*

Brett A. Shumate
*Assistant Attorney General*

Yaakov M. Roth
*Principal Deputy Assistant Attorney General*

Eric D. McArthur
*Deputy Assistant Attorney General*

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 305-1754

*Counsel for Donald J. Trump*