# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5326**  September Term, 2025

1:25-cv-02903-JMC

Filed On: November 10, 2025

Lisa D. Cook, in her official capacity as a member of the Board of Governors of the Federal Reserve System and her personal capacity,

    Appellee

    v.

Donald J. Trump, in his official capacity as President of the United States, et al.,

    Appellants

# O R D E R

Upon consideration of the joint response to this court's October 31, 2025 order, it is

**ORDERED** that this case be held in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in this case within 14 days of the United States Supreme Court's disposition of appellants' application for a stay in Trump v. Cook, No. 25A312.

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

BY:  /s/
    Selena R. Gancasz
    Deputy Clerk