# United States Court of Appeals
District of Columbia Circuit
Washington, D.C. 20001-2866

| | | |
|---|---|---|
| Clifton B. Cislak<br>Clerk | November 19, 2025 | General Information<br>(202) 216-7000 |

Scott S. Harris, Clerk
United States Supreme Court
One First Street, N.E.
Washington, D.C. 20543
**Attn: M. Altner, Assistant Clerk-Judgments**

  Re: Supreme Court No. 25A312, *Donald J. Trump, President of the United States, et al., Applicants v. Lisa D. Cook, Member of the Board of Governors of the Federal Reserve System* (Court of Appeals No. 25-5326)

Dear Mr. Harris:

  Pursuant to your recent request, a copy of this court's docket is attached to this email, which is also available through the PACER system. This case contains no sealed material. I also have contacted the Clerk, United States District Court for the District of Columbia, concerning transmittal of that court's record. Kindly acknowledge receipt of this letter and the copy of the docket.

           Very truly yours,

           Meg Beardsley
           Special Counsel

           BY: Lillian Wright
           Deputy Clerk

cc: All counsel

E. BARRETT PRETTYMAN UNITED STATES COURTHOUSE ● 333 CONSTITUTION AVENUE N.W.