# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5326**                                     **September Term, 2025**

**1:25-cv-02903-JMC**

**Filed On: June 29, 2026** [2181073]

Lisa D. Cook, in her official capacity as a
member of the Board of Governors of the
Federal Reserve System and her personal
capacity,

       Appellee

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

       Appellants

## O R D E R

Upon consideration of the court's order filed November 10, 2025, and the
Supreme Court's decision in Trump v. Cook, 609 U. S. ___ (2026), it is

**ORDERED**, on the court's own motion, that this case be returned to the court's
active docket. It is

**FURTHER ORDERED** that the parties file motions to govern future proceedings
by July 13, 2026.

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

     BY:    /s/
                Scott H. Atchue
                Deputy Clerk