**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

|  |  |
|---|---|
| LISA D. COOK<br><br>*Plaintiff-Appellee,*<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants-Appellants*. | Case No. 25-5326 |

**JOINT RESPONSE TO COURT'S JUNE 29, 2026, ORDER**

Plaintiff-Appellee Lisa D. Cook ("Appellee") and Defendant-Appellant Donald J. Trump ("Appellant") submit this joint response to the Court's June 29, 2026, Order (Doc. No. 2181073) directing the parties to file motions to govern future proceedings by July 13, 2026. After conferring, the parties respectfully request that this case be remanded to the District Court, consistent with the Supreme Court's June 29, 2026, ruling on Appellant's application to stay the District Court's preliminary injunction.

Dated: July 13, 2026                                                          Respectfully submitted,

/s/ Abbe David Lowell
Abbe David Lowell
David A. Kolansky
John P. Bolen
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com
DKolansky@lowellandassociates.com
JBolen@lowellandassociates.com

Norman L. Eisen
Tianna J. Mays
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
T: (202) 601-8678
norman@democracydefenders.org
tianna@democracydefenders.org

*Counsel for Governor Lisa D. Cook*

/s/ Joshua P. Chadwick
Joshua P. Chadwick, Assistant General Counsel
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, NW
Washington, DC 20551
joshua.p.chadwick@frb.gov
Phone: (202) 263-4835
Fax: (202) 452-3819

*Counsel for Board of Governors
of the Federal Reserve System*

Brett A. Shumate
*Assistant Attorney General*

Eric D. McArthur
*Deputy Assistant Attorney
General*

/s/ Daniel Aguilar
Mark R. Freeman
Michael S. Raab
Daniel Aguilar
Laura E. Myron
*Attorneys, Appellate Staff
Civil Division*

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 305-1754

*Counsel for Defendant
Donald J. Trump*