# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5326**                    **September Term, 2025**

**1:25-cv-02903-JMC**

**Filed On: July 20, 2026**

Lisa D. Cook, in her official capacity as a
member of the Board of Governors of the
Federal Reserve System and her personal
capacity,

        Appellee

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

        Appellants

## O R D E R

Upon consideration of the court's order filed June 29, 2026, and the joint response, which requests that this case be remanded to the district court, it is

**ORDERED** that this case be remanded to the district court.

The Clerk is directed to issue the mandate forthwith.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

BY:   /s/
       Francis A. Walter
       Deputy Clerk