# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5326**                              **September Term, 2025**

**1:25-cv-02903-JMC**

**Filed On: July 20, 2026** [2183890]

Lisa D. Cook, in her official capacity as a
member of the Board of Governors of the
Federal Reserve System and her personal
capacity,

      Appellee

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

## M A N D A T E

In accordance with the order of July 20, 2026, and pursuant to Federal Rule of
Appellate Procedure 41, this constitutes the formal mandate of this court.

                                **FOR THE COURT:**
                                Clifton B. Cislak, Clerk

                BY:    /s/
                                Francis A. Walter
                                Deputy Clerk

Link to the order filed July 20, 2026